**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6190**

---

DICKIE FRELIN WIMMER,

                                        Petitioner - Appellant,

        versus

HOWARD PAINTER, Warden, Mount Olive Correc-
tional Complex,

                                        Respondent - Appellee,

        and

GEORGE TRENT,

                                        Respondent.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  David A. Faber, District
Judge.  (CA-98-292-5)

---

Submitted:  June 20, 2001          Decided:  June 29, 2001

---

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Dickie Frelin Wimmer, Appellant Pro Se.  Darrell V. McGraw, Jr.,
Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIR-
GINIA, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dickie Frelin Wimmer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Wimmer v. Painter, No. CA-98-292-5 (S.D.W. Va. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2